UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAULA BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1863** |
| **WINTERS TITLE AGENCY, INC., ET AL.** | **SECTION "L" (4)** |

**ORDER**

Considering the Plaintiff's Motion to Remand and Allstate Insurance Company's Non-Opposition to Plaintiff's Motion to Remand,

IT IS ORDERED that Plaintiff's Motion to Remand is GRANTED. Oral argument currently scheduled for June 7, 2006 is hereby CANCELED.

IT IS FURTHER ORDERED that the above-captioned matter is REMANDED to the Civil District Court of the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this  5th  day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE